870 A.2d 247

IN THE MATTER OF LYNNE F. STEWART, AN ATTORNEY
AT LAW (ATTORNEY NO. 020201975).

March 24, 2005.

## O R D E R

**LYNNE F. STEWART** of **WEST NEW YORK,** who was admitted to the bar of this State in 1975, having been found guilty in the United States District Court for the Southern District of New York of conspiracy to defraud the United States (18 *U.S.C.A.* § 371), conspiracy to provide and conceal material support to terrorist activity (18 *U.S.C.A.* § 371), providing and concealing material support to terrorist activity (18 *U.S.C.A.* § 2339A and 2), and making false statements to the government (18 *U.S.C.A.* § 1001), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **LYNNE F. STEWART** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **LYNNE F. STEWART** be restrained and enjoined from practicing law during the period of suspension; and it is further

ORDERED that **LYNNE F. STEWART** comply with *Rule* 1:20–20 dealing with suspended attorneys.